## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: COLOPY, GARY LEE | §   Case No. 06-30126 |
| | § |
| | § |
| Debtors | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on April 24, 2006. The undersigned trustee was appointed on April 24, 2006.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $      7,403.93

Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative expenses | 10.04 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Leaving a balance on hand of | $     7,393.89 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

**UST Form 101-7-TFR (4/1/2009)**

6.  The deadline for filing claims in this case was 11/16/2006.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,490.39.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,490.39, for a total compensation of $1,490.39.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of   $0.00 and now requests reimbursement for expenses of $212.26, for total expenses of $212.26.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: _09/15/2009_____   By: _/s/NORMAN E. ROUSE, TRUSTEE_____
                                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TFR (4/1/2009)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 06-30126 | **Trustee:** (450240) NORMAN E. ROUSE, TRUSTEE |
| **Case Name:** COLOPY, GARY LEE | **Filed (f) or Converted (c):** 04/24/06 (f) |
| | **§341(a) Meeting Date:** 06/08/06 |
| **Period Ending:** 09/15/09 | **Claims Bar Date:** 11/16/06 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 725 S. Clay Nevada MO | 8,200.00 | 8,200.00 | | 7,376.57 | FA |
| 2 | 1/2 interest in contract for Deed | 800.00 | 242.62 | DA | 0.00 | FA |
| 3 | Team Bank - checking account | 20.00 | 0.00 | DA | 0.00 | FA |
| 4 | Heritage State Bank - checking account | 46.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household Goods and Furnishings | 335.00 | 0.00 | DA | 0.00 | FA |
| 6 | Clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1990 Cadillac Fleetwood | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Mosers - retirement | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 27.36 | Unknown |
| 9 | **Assets**     **Totals** (Excluding unknown values) | **$12,001.00** | **$8,442.62** | | **$7,403.93** | **$0.00** |

**Major Activities Affecting Case Closing:**

- check memos made on the petition - notes from ex-wife on real estate and vehicle that weren't scheduled but are located at fathers house

06/12/06 looking at the contract for deed and the money owed to the debtor from the ex-wife

07/26/06 Spoke with Candy debtor's ex-wife and starting in August 2006 she will send us the payment on the Promissory Note payment is $152.47 monthly

07/26/06 I told Candy that she could give the debtor his half of the proceeds from the contract for deed which was $650.00 - the debtor had exempted.

07/26/06 E-mail to Ron on ex-wife making payments to us directly

08/04/06 Received August payment from Candy and debtor 1/2 of the contract for deed payoff

09/12/06  Received payment for ex- wife

11/10/06 Received a payment

12/08/06 Received a payment

01/12/07 Received a payment

02/09/07 Received a payment

04/06/07 Received a payment

05/23/07 Received a payment

06/06/07 Received a payment

07/24/07 Received a payment

08/10/07 Received a payment

10/17/07 Received a payment

12/14/07 Received a payment

03/12/08 Received a payment

04/11/08  Received a payment

05/12/08 Received a payment

Exhibit A

## Form 1

Page: 2

### Individual Estate Property Record and Report

### Asset Cases

| | |
|---|---|
| Case Number: 06-30126 | Trustee:    (450240)    NORMAN E. ROUSE, TRUSTEE |
| Case Name:    COLOPY, GARY LEE | Filed (f) or Converted (c):    04/24/06 (f) |
| | §341(a) Meeting Date:    06/08/06 |
| Period Ending: 09/15/09 | Claims Bar Date:    11/16/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

05/30/08 Received a payment

07/07/08 Received a payment

08/12/08 Recieved a payment

09/03/08 Received a payment

10/09/08 Received a payment

11/04/08 Received a payment

12/08/08 Received a payment - this is set to be paid off in June 2011

01/09/09 Received a payment

02/06/09 Received a payment

02/25/09 Received a payment of $2,000 from Candi for the settlement of the equity buyout

05/07/09 Filed the Motion for approval of settlement

06/16/09 Received the order granting the motion for settlement

Initial Projected Date Of Final Report (TFR):    December 30, 2010        Current Projected Date Of Final Report (TFR):    December 30, 2011

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 06-30126 | | Trustee: | NORMAN E. ROUSE, TRUSTEE (450240) |
|---|---|---|---|---|
| Case Name: | COLOPY, GARY LEE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****97-65 - Money Market Account |
| Taxpayer ID #: | 13-7537527 | | Blanket Bond: | $13,750,000.00  (per case limit) |
| Period Ending: | 09/15/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/04/06 | {1} | Candi Colopy | Acct #1001; Payment #1; Equity Payment | 1129-000 | 152.47 | | 152.47 |
| 08/04/06 | {1} | Lawrence Funk | Acct #1001; Payment #2; Payment on contract for deed | 1129-000 | 650.00 | | 802.47 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.40 | | 802.87 |
| 09/12/06 | {1} | Toni Pettibon | Acct #1001; Payment #3; Payment of divorce settlement | 1129-000 | 152.47 | | 955.34 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.56 | | 955.90 |
| 10/06/06 | {1} | Tony Pettibon | Acct #1001; Payment #4; Payment on divorce | 1129-000 | 152.47 | | 1,108.37 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.73 | | 1,109.10 |
| 11/10/06 | {1} | Tony Pettibone | Acct #1001; Payment #5 | 1129-000 | 152.47 | | 1,261.57 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.77 | | 1,262.34 |
| 12/08/06 | {1} | Tony Pettibone | Acct #1001; Payment #6; Payment by ex-wife | 1129-000 | 152.47 | | 1,414.81 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.85 | | 1,415.66 |
| 01/12/07 | {1} | Tony Pettibone | Acct #1001; Payment #7; payment on note | 1129-000 | 152.47 | | 1,568.13 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.98 | | 1,569.11 |
| 02/09/07 | {1} | Tony Pettibone | Acct #1001; Payment #8; Payment on equity divorce | 1129-000 | 152.47 | | 1,721.58 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.81 | | 1,722.39 |
| 03/09/07 | {1} | Tony Pettibon | Acct #1001; Payment #9; equity payment | 1129-000 | 152.47 | | 1,874.86 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.96 | | 1,875.82 |
| 04/06/07 | {1} | Tony Petibone | Acct #1001; Payment #10; payment from ex-wife | 1129-000 | 152.47 | | 2,028.29 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.08 | | 2,029.37 |
| 05/23/07 | {1} | Candi Colopy | Acct #1001; Payment #11; equity payment | 1129-000 | 152.47 | | 2,181.84 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.12 | | 2,182.96 |
| 06/06/07 | {1} | Candi Colopy | Acct #1001; Payment #12; payment | 1129-000 | 152.47 | | 2,335.43 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.17 | | 2,336.60 |
| 07/24/07 | {1} | Candi Colopy | Acct #1001; Payment #13; payment on equity | 1129-000 | 152.47 | | 2,489.07 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.34 | | 2,490.41 |
| 08/10/07 | {1} | Candie Colopy | Acct #1001; Payment #14; payment | 1129-000 | 152.47 | | 2,642.88 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.41 | | 2,644.29 |
| 09/13/07 | {1} | Candi Colopy | Acct #1001; Payment #15; payment | 1129-000 | 152.47 | | 2,796.76 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.35 | | 2,798.11 |
| 10/17/07 | {1} | Tony Pettibon | Acct #1001; Payment #16; payment | 1129-000 | 152.47 | | 2,950.58 |
| 10/23/07 | 1001 | NORMAN E. ROUSE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 09/30/2007 FOR CASE #06-30126, Bond Premium | 2300-000 | | 3.56 | 2,947.02 |

|  | | | Subtotals : | | $2,950.58 | $3.56 | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 06-30126 | Trustee: NORMAN E. ROUSE, TRUSTEE (450240) |
| Case Name: COLOPY, GARY LEE | Bank Name: JPMORGAN CHASE BANK, N.A. |
| | Account: ***-*****97-65 - Money Market Account |
| Taxpayer ID #: 13-7537527 | Blanket Bond: $13,750,000.00 (per case limit) |
| Period Ending: 09/15/09 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.66 | | 2,948.68 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.53 | | 2,950.21 |
| 12/04/07 | {1} | Tony Pettibon | Acct #1001; Payment #17; payment on equity | 1129-000 | 152.47 | | 3,102.68 |
| 12/14/07 | {1} | Tony Pettibon | Acct #1001; Payment #18; payment for ex-wife | 1129-000 | 152.47 | | 3,255.15 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.58 | | 3,256.73 |
| 01/24/08 | {1} | Tony Pettibon | Acct #1001; Payment #19; payment on equity from ex- | 1129-000 | 152.47 | | 3,409.20 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 1.49 | | 3,410.69 |
| 02/21/08 | {1} | Candi Colopy | Acct #1001; Payment #20; payment on money owed | 1129-000 | 152.47 | | 3,563.16 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.70 | | 3,563.86 |
| 03/12/08 | {1} | Tony Pettibon | Acct #1001; Payment #21; equity payment | 1129-000 | 152.47 | | 3,716.33 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.67 | | 3,717.00 |
| 04/11/08 | {1} | Tony Pettibon | Acct #1001; Payment #22; payment on equity in real estate | 1129-000 | 152.47 | | 3,869.47 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.52 | | 3,869.99 |
| 05/12/08 | {1} | Candi Colopy | Acct #1001; Payment #23; payment on equity | 1129-000 | 152.47 | | 4,022.46 |
| 05/30/08 | {1} | Candi Colopy | Acct #1001; Payment #24; payment on note | 1129-000 | 152.47 | | 4,174.93 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.49 | | 4,175.42 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.52 | | 4,175.94 |
| 07/07/08 | {1} | Candi Colopy | Acct #1001; Payment #25; Equity Payment | 1129-000 | 152.47 | | 4,328.41 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.54 | | 4,328.95 |
| 08/12/08 | {1} | Candi Colopy | Acct #1001; Payment #26; Payment on real estate equity | 1129-000 | 152.47 | | 4,481.42 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.52 | | 4,481.94 |
| 09/03/08 | {1} | Candi Colopy | Acct #1001; Payment #27; Payment on divorce settlement | 1129-000 | 152.47 | | 4,634.41 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.60 | | 4,635.01 |
| 10/09/08 | {1} | Candie Colopy | Acct #1001; Payment #28; Purchase of equity in house | 1129-000 | 152.47 | | 4,787.48 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.51 | | 4,787.99 |
| 11/04/08 | {1} | Candi Colopy | Acct #1001; Payment #29; Purchase of equity | 1129-000 | 152.47 | | 4,940.46 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.38 | | 4,940.84 |
| 12/04/08 | 1002 | NORMAN E. ROUSE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/04/2008 FOR CASE #06-30126, Trustee bond payment for 11/30/08 to 11/30/09 | 2300-000 | | 6.48 | 4,934.36 |
| 12/08/08 | {1} | Candi Colopy | Acct #1001; Payment #30; Equity Payment | 1129-000 | 152.47 | | 5,086.83 |

| | | | | Subtotals : | $2,146.29 | $6.48 | |

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 06-30126 | | Trustee: | NORMAN E. ROUSE, TRUSTEE (450240) |
|---|---|---|---|---|
| Case Name: | COLOPY, GARY LEE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****97-65 - Money Market Account |
| Taxpayer ID #: | 13-7537527 | | Blanket Bond: | $13,750,000.00   (per case limit) |
| Period Ending: | 09/15/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 5,087.18 |
| 01/09/09 | {1} | Candi Pettibone | Acct #1001; Payment #31; equity payment | 1129-000 | 152.47 | | 5,239.65 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,239.86 |
| 02/06/09 | {1} | Candi Pettibon | Acct #1001; Payment #32; Payment on equity | 1129-000 | 152.47 | | 5,392.33 |
| 02/25/09 | | Promissory Note  - ex-wife | Acct #1001; Payment #33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46; Pay off of equity in house | | 2,000.00 | | 7,392.33 |
| | {1} | | Acct #1001; Payment    152.47<br>#33; Pay off of equity in<br>house | 1129-000 | | | 7,392.33 |
| | {1} | | Acct #1001; Payment    152.47<br>#34; Pay off of equity in<br>house | 1129-000 | | | 7,392.33 |
| | {1} | | Acct #1001; Payment    152.47<br>#35; Pay off of equity in<br>house | 1129-000 | | | 7,392.33 |
| | {1} | | Acct #1001; Payment    152.47<br>#36; Pay off of equity in<br>house | 1129-000 | | | 7,392.33 |
| | {1} | | Acct #1001; Payment    152.47<br>#37; Pay off of equity in<br>house | 1129-000 | | | 7,392.33 |
| | {1} | | Acct #1001; Payment    152.47<br>#38; Pay off of equity in<br>house | 1129-000 | | | 7,392.33 |
| | {1} | | Acct #1001; Payment    152.47<br>#39; Pay off of equity in<br>house | 1129-000 | | | 7,392.33 |
| | {1} | | Acct #1001; Payment    152.47<br>#40; Pay off of equity in<br>house | 1129-000 | | | 7,392.33 |
| | {1} | | Acct #1001; Payment    152.47<br>#41; Pay off of equity in<br>house | 1129-000 | | | 7,392.33 |
| | {1} | | Acct #1001; Payment    152.47<br>#42; Pay off of equity in<br>house | 1129-000 | | | 7,392.33 |
| | {1} | | Acct #1001; Payment    152.47<br>#43; Pay off of equity in | 1129-000 | | | 7,392.33 |

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 06-30126 | | Trustee: | NORMAN E. ROUSE, TRUSTEE (450240) |
| --- | --- | --- | --- | --- |
| Case Name: | COLOPY, GARY LEE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****97-65 - Money Market Account |
| Taxpayer ID #: | 13-7537527 | | Blanket Bond: | $13,750,000.00  (per case limit) |
| Period Ending: | 09/15/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | house | | | | | |
| | {1} | | Acct #1001; Payment<br>#44; Pay off of equity in<br>house | 152.47 | 1129-000 | | | 7,392.33 |
| | {1} | | Acct #1001; Payment<br>#45; Pay off of equity in<br>house | 152.47 | 1129-000 | | | 7,392.33 |
| | {1} | | Acct #1001; Payment<br>#46; Pay off of equity in<br>house | 17.89 | 1129-000 | | | 7,392.33 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.20 | | 7,392.53 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.31 | | 7,392.84 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.30 | | 7,393.14 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.29 | | 7,393.43 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.32 | | 7,393.75 |
| 07/15/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | | 1270-000 | 0.14 | | 7,393.89 |
| 07/15/09 | | To Account #*******9766 | transfer for final report | | 9999-000 | | 7,393.89 | 0.00 |

|  | | ACCOUNT TOTALS | 7,403.93 | 7,403.93 | $0.00 |
| --- | --- | --- | --- | --- | --- |
| | | Less: Bank Transfers | 0.00 | 7,393.89 | |
| | | **Subtotal** | **7,403.93** | **10.04** | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$7,403.93** | **$10.04** | |

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 06-30126 |
| **Case Name:** | COLOPY, GARY LEE |
| **Taxpayer ID #:** | 13-7537527 |
| **Period Ending:** | 09/15/09 |

| | |
|---|---|
| **Trustee:** | NORMAN E. ROUSE, TRUSTEE (450240) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****97-66 - Checking Account |
| **Blanket Bond:** | $13,750,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/15/09 | | From Account #*******9765 | transfer for final report | 9999-000 | 7,393.89 | | 7,393.89 |

| | | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 7,393.89 | 0.00 | $7,393.89 |
| Less: Bank Transfers | | 7,393.89 | 0.00 | |
| **Subtotal** | | 0.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 7,403.93 |
| Net Estate : | $7,403.93 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****97-65** | 7,403.93 | 10.04 | 0.00 |
| **Checking # ***-*****97-66** | 0.00 | 0.00 | 7,393.89 |
| | $7,403.93 | $10.04 | $7,393.89 |

# Exhibit C - Claims Analysis

### Case:  06-30126   COLOPY, GARY LEE

Claims Bar Date:  11/16/06

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | NORMAN E. ROUSE, TRUSTEE<br>5957 East 20th Street<br>P.O. BOX 1846<br>JOPLIN, MO 64802<br><2100-00  Trustee Compensation>,  200 | Admin Ch.  7<br>04/24/06 | | $1,490.39<br>$1,490.39 | $0.00 | $1,490.39 |
| | NORMAN E. ROUSE, TRUSTEE<br>5957 East 20th Street<br>P.O. BOX 1846<br>JOPLIN, MO 64802<br><2200-00  Trustee Expenses>,  200 | Admin Ch.  7<br>04/24/06 | | $212.26<br>$212.26 | $0.00 | $212.26 |
| 1 -1 | Ewing & Hoberock<br>Attorneys at Law<br>PO Box 287<br>Nevada, MO 64772-0000<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/23/06 | | $371.00<br>$371.00 | $0.00 | $371.00 |
| 2 -1 | Nevada Regional Medical Center<br>800 South Ash<br>Nevada, MO 64772-0000<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/23/06 | | $10,980.80<br>$10,980.80 | $0.00 | $10,980.80 |
| 3 -1 | Missouri Medical Collections<br>3952 S Fairview Ave<br><br>Springfield, MO 65807-0000<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/25/06 | Duplicate of #2 | $10,980.80<br>$0.00 | $0.00 | $0.00 |
| 4 -1 | Recovery Management Systems<br>Corporation<br>For GE Money Bank<br>dba Wal-Mart,25 SE 2nd Ave Ste 1120<br>Miami, FL 33131<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/29/06 | | $1,122.56<br>$1,122.56 | $0.00 | $1,122.56 |
| 5 -1 | Recovery Management Systems<br>Corporation<br>For GE Money Bank<br>dba JCPenney,25 SE 2nd Ave Ste 1120<br>Miami, FL 33131<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/29/06 | | $1,356.10<br>$1,356.10 | $0.00 | $1,356.10 |
| 6 -1 | eCAST Settlement Corporation<br>Assignee of Household Bank<br>P.O. Box 7247-6971<br>Philadelphia, PA 19170-6971<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/01/06 | | $1,452.33<br>$1,452.33 | $0.00 | $1,452.33 |

# Exhibit C - Claims Analysis

### Case:  06-30126    COLOPY, GARY LEE

Claims Bar Date:  11/16/06

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 -1 | Chase Bank USA, N.A. | Unsecured | | $2,411.75 | $0.00 | $2,411.75 |
| | c/o Weinstein & Riley, P.S. | 09/06/06 | | $2,411.75 | | |
| | 2101 4th Avenue, Suite 900 | | | | | |
| | Seattle, WA 98121 | | | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 8 -1 | Southwest Missouri Bank | Unsecured | | $5,538.03 | $0.00 | $5,538.03 |
| | Robert Gross | 11/02/06 | | $5,538.03 | | |
| | PO Box 278 | | | | | |
| | Joplin, MO 64802 | | | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| | | | Case Total: | | $0.00 | $24,935.22 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-30126
Case Name: COLOPY, GARY LEE
Trustee Name: NORMAN E. ROUSE, TRUSTEE

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | NORMAN E. ROUSE, TRUSTEE | $ 1,490.39 | $ 212.26 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                      *Fees*                      *Expenses*

**UST Form 101-7-TFR (4/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,232.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.5 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 -1 | Ewing & Hoberock | $ 371.00 | $ 90.89 |
| 2 -1 | Nevada Regional Medical Center | $ 10,980.80 | $ 2,689.95 |
| 4 -1 | Recovery Management Systems Corporation | $ 1,122.56 | $ 274.99 |
| 5 -1 | Recovery Management Systems Corporation | $ 1,356.10 | $ 332.20 |
| 6 -1 | eCAST Settlement Corporation | $ 1,452.33 | $ 355.77 |
| 7 -1 | Chase Bank USA, N.A. | $ 2,411.75 | $ 590.80 |
| 8 -1 | Southwest Missouri Bank | $ 5,538.03 | $ 1,356.64 |

**UST Form 101-7-TFR (4/1/2009)**

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (4/1/2009)**